# Roberto Abesada-Agüet

| | |
|---|---|
| **From:** | Roberto Abesada-Agüet |
| **Sent:** | Thursday, March 12, 2026 9:21 AM |
| **To:** | hectorpedrosa@gmail.com |
| **Cc:** | Guillermo R. Pico; Carla S. Perez |
| **Subject:** | Boyd/BPPR |
| **Attachments:** | 131.  Opinion and Order.pdf; 800.  OO denying Motion for Leave to Appear.pdf; 32. Answer BGF and GFC.pdf; 1.  026.02.07 DE 1 Amended Complaint.pdf |

| | |
|---|---|
| **Importance:** | High |

Good morning Héctor.  Thank you for taking my call to discuss your filings in Civil No. 26-1066 .  As discussed, enclosed are two decisions issued in two parallel lawsuits filed in federal court by Lassers and Boyd.  You will see that both federal judges concluded that only GFC's board is authorized to decide who will it appoint as counsel for the companies.  GFC's board has only authorized my firm to represent GFC and BGF.  The board has not authorized your firm to represent the companies.  Accordingly, after you evaluate the enclosed decisions, please kindly consider withdrawing the answer to complaint filed as well as withdrawing from the legal representation of the companies.  If you decide not to do so, please kindly call or email me to then decide next steps.  Please call me if you have any questions.

Cordially,

**Roberto Abesada-Agüet**
Abesada Law Offices

**Mobile:** (787) 948-5131
**Email**: ra@abesada.com

1357 Ashford Ave. #2-184
San Juan, Puerto Rico 00907



1