**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| Gregory Boyd, et. al. | Civil No.: 26-cv-1066 (MAJ) |
| Plaintiffs | |
| v. | |
| Banco Popular de Puerto Rico, et. al. | |
| Defendants | |

**MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITION AT ECF NO. 73 AND
FOR SHORT EXTENSION OF TIME**

**TO THE HON. MARÍA ANTONGIORGI-JORDÁN, U.S. DISTRICT JUDGE:**

Nominal defendants GFC Holdings Limited Liability Company ("GFC") and Biomass Green Fuels, LLC ("BGF") (collectively, the "Companies"), appearing specially and without submitting to the Court's jurisdiction[1], respectfully state and prays as follows:

1.      The Plaintiffs filed on May 26, 2026 a forty-page opposition at ECF No. 73 with multiple exhibits and arguments that require a response from the Companies.

2.      The Companies will strictly comply with Local Civil Rule 7(c) by filing a reply less than ten pages long and only to respond to those relevant new arguments made by the Plaintiffs at ECF No. 73.  The reply is due on June 2, 2026.

3.      Given the length of Plaintiffs' opposition, the Companies respectfully request seven additional days to file their reply to ECF No. 73.  If the Court grants the extension, the reply will expire on June 9, 2026.

WHEREFORE, the Companies respectfully request the Honorable Court to grant this motion and allow them to file a reply to ECF No. 73 by June 9, 2026.

---

[1]The Companies appear specially, and without submitting to the Court's jurisdiction, because they have neither been served with process nor waived service of summons. Nothing in this motion, and nothing in the Special Appearance at ECF No. 49, is intended as or should be construed as a general appearance or a submission of the Companies to the Court's jurisdiction, and the Companies expressly reserve all defenses.

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, a true and exact copy of this motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send a notification thereof to the attorneys and parties registered therewith.

**RESPECTFULLY SUBMITTED.**

Electronically filed this 1st day of June 2026.

**ABESADA LAW OFFICES**
Counsel for GFC Holdings, LLC and
Biomass Green Fuels LLC
1357 Ashford Ave. 2-184
San Juan, Puerto Rico 00907
Tel. (787) 948-5131

*/s/ Roberto Abesada-Agüet*
USDC-PR No. 216706
ra@abesada.com