Case 3:26-cv-01066-MAJ    Document 27    Filed 02/11/26    Page 55 of 76

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | |
|---|---|
| Gregory Boyd and Jonathan Lassers, on their behalf and on behalf of GFC Holdings, LLC and Biomass Green Fuels, LLC and GFC and BGF on their own behalf and EFB, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> Banco Popular de Puerto Rico, Ignacio Alvarez, Javier Ferrer, Alexander Borschow, Semillero Partners, LLC, VRM Penzini Capital ,LLC; Humacao RNG, LLC, George Economou, et als. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br><br> Civil Action No.   26-cv-1066 MAJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PCC SUB-CDE 13, LLC
BANCO POPULAR DE PUERTO RICO
SENORIAL
San Juan, PR

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Luis E. Minana
EMP Law Offices, PSC
122 Manuel Domenech (altos)
San Juan, PR 00918
787.758-1999
minanalaw@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Ada I. García Rivera, Esq., CPA
CLERK OF COURT

Date:   02/11/2026

Digitally signed by Ana Duran
Date: 2026.02.11 15:26:32
-04'00'

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pcc sub-cdE 13, LLc

was received by me on *(date)* /mayo/26 .

☒ I personally served the summons on the individual at *(place)* Orlando Diaz
Rodriguez _____ on *(date)* 17/mayo/26 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Pcc sub-cdF 13, LLc , who is
designated by law to accept service of process on behalf of *(name of organization)* Banco popular de
puerto Rico señorial SanJuanPR on *(date)* /mayo/26 ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify):* Por conducto lic Noelia Perz

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 17/mayo/26

*Server's signature*

Orlando Diaz Rodriguez
*Printed name and title*

Calle paris 243 SanJuanPR 00917
*Server's address*

Additional information regarding attempted service, etc: