# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **GREGORY BOYD and JONATHAN LASSERS,** on their behalf and on behalf of GFC HOLDINGS, LLC and BIOMASS GREEN FUELS, LLC, and GFC and BGF on their own behalf, and EFB, LLC,<br><br>**Plaintiffs,**<br><br>v.<br><br>**BANCO POPULAR DE PUERTO RICO; IGNACIO ALVAREZ; JAVIER FERRER; ALEXANDER BORSCHOW; SEMILLERO PARTNERS, LLC; VRM PENZINI CAPITAL L.L.C.; VRM PENZINI FUND I L.L.C.; STAR POWER SYSTEMS LLC; HUMACAO RNG, L.L.C.; PONCE RNG LLC; et al.,**<br><br>**Defendants.** | **CIVIL NO. 3:26-cv-01066 (MAJ)**<br><br>**CIVIL RICO; SECURITIES EXCHANGE ACT § 10(b); BANK HOLDING COMPANY ACT (ANTI-TYING)**<br><br>**JURY TRIAL DEMANDED**<br><br>**Honorable María Antongiorgi-Jordán** |

**MOTION INSTANTER TO FILE A  REPLY TO DEFENDANT BANCO POPULAR DE PUERTO RICO'S AND
JAVIER FERRER'S RESPONSE TO MOTION TO SHOW CAUSE**

**TO THE HONORABLE COURT:**

**COME NOW,** Gregory Boyd and Jonathan Lassers on their own behalf and derivatively on behalf of GFC Holdings, LLC and Biomass Green Fuels, LLC (the Companies) and very respectfully state and pray:

1. Banco Popular's Opposition to Plaintiffs' Motion to Show Cause misstates the facts and the law in a number of ways.

2. Plaintiffs seeks this Court's leave to file the attached Draft Reply to set the record straight.

1

**WHEREFORE,** Plaintiffs very respectfully seek this Court's leave instanter to file the attached

Draft Reply.

Respectfully submitted,

In San Juan, Puerto Rico, this 4$^{tj}$ day of June, 2026.

| | |
|---|---|
| /s/ Jane Becker Whitaker<br>**JANE BECKER WHITAKER**<br>USDC-PR Bar No. 205110<br>(PR Supreme Court — RUA Núm. 9352)<br>VIG Tower, 1225 Ave. Ponce de León, Suite 1102<br>San Juan, PR 00907<br>(787) 585-3824<br>janebeckerwhitaker@gmail.com | /s/ Luis E. Miñana Rodriguez-Feo<br>**LUIS E. MIÑANA RODRIGUEZ-FEO**<br>USDC-PR Bar No. 225608<br>(PR Supreme Court — RUA Núm. 16,297 · Col. 17450)<br>ESPADA, MIÑANA & PEDROSA LAW OFFICES, PSC<br>122 Calle Ing. Manuel Domenech, Altos<br>Urb. Baldrich, San Juan, PR 00918<br>(787) 758-1999 / (787) 402-2226<br>minanalaw@yahoo.com<br>www.securitiesatty.com |

Counsel for Plaintiffs

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 30, 2026, the foregoing Plaintiffs' Rebuttal to Defendant Banco Popular de Puerto Rico's and Javier Ferrer's Response to Motion to Show Cause was filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ Jane Becker Whitaker
**JANE BECKER WHITAKER**
USDC-PR Bar No. 205110