**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **GREGORY BOYD et al.,** | CIVIL NO. 26-1066-MAJ |
| Plaintiffs, | |
| v. | |
| **BANCO POPULAR DE PUERTO RICO et al.,** | |
| Defendants. | |

**BANCO POPULAR DE PUERTO RICO'S AND JAVIER FERRER'S
MOTION TO HOLD IN ABEYANCE THE DEADLINE TO ANSWER OR OTHERWISE
PLEAD**

**TO THE HONORABLE COURT:**

**COME NOW** Banco Popular de Puerto Rico and Mr. Javier Ferrer (together, the "BPPR Defendants"), through the undersigned counsel, and without submitting to the Court's jurisdiction or waiving any argument or defense, respectfully state and pray as follows:

1.    BPPR Defendants respectfully request that the Court hold in abeyance the deadline to answer or otherwise plead as to the Complaint (Docket No. 1) pending a ruling on the issues raised by the Show Cause briefing. BPPR Defendants join the Semillero Defendants' equivalent request at Docket No. 92.

2.    Once briefing on the Show Cause Order has ended, the Court will be in a better position to gauge the impact of the prior cases involving the same core nucleus of facts and same causes of action. See generally, Civil No. 22-1190 (the Original RICO Case) and Civil No. 24-1569 (the Original BHCA Case). Addressing the issues raised by the Show Cause briefing - jurisdiction, preclusion, and the repetitive nature of the captioned litigation- will streamline the case and avoid costly, burdensome, and needless litigation. The Court has inherent authority to

manage its docket and enter an order holding in abeyance the deadline to answer or otherwise plead. See Dietz v. Bouldin, 579 U.S. 40, 45 (2016).

3.      The District Court has already carefully analyzed and rejected Plaintiffs' two prior attempts at litigating these same claims. See, Civil No. 22-1190 and Civil No. 24-1569. There is no need for the Court to go through a third round, when the show cause briefing can dispose of the case based on the jurisdictional and preclusion hurdles.

4.      Moreover, based on Plaintiffs' litigation conduct thus far, it is apparent that the key Show Cause matters should be addressed first. Already a case filed four months ago is close to having 100 dockets. Merely the issue of who represents Biomass Green Fuels, LLC, and its sole member, GFC Holdings, LLC, has already spawned numerous filings. See, *e.g.*, Docket Nos. 34, 35, 41, 42, 49, 73, 74, 75, 88, 91, 93. Those filings, in turn, raise collateral issues that distract the attention from the threshold questions of jurisdiction and preclusion.[1]

5.      From Defendants' standpoint, having to prepare yet another round of motions to dismiss (and all that follows) is also costly and ultimately unnecessary given what the Show Cause briefing demonstrates. BPPR prevailed in both the prior cases and is now defending Plaintiffs' meritless appeals. It should not be forced to expend additional resources on repetitive, bad-faith litigation.

**WHEREFORE**, the BPPR Defendants respectfully request that the Court HOLD IN ABEYANCE the deadline to answer or otherwise plead.

---

[1] The secondary nature of this "controversy," originated by Plaintiffs, is evident from the fact that the Companies appear not to have been served at all, see, Docket No. 88. Moreover, the Companies were represented by counsel Abesada in the Original RICO Case and Original BHCA Case. In both cases Plaintiffs unsuccessfully challenged Mr. Abesada's representation of the companies. See Civil No. 22-1190, Docket No. 800 and Civil No. 24-1569, Docket No. 8-14. As the Court in Civil No. 24-1569 determined, "choosing, terminating, and hiring attorneys as well as deciding whether to join a litigation are decisions reserved to the Board of Managers." Id at 14. Because per Plaintiffs' own allegations, they are not the Board of Managers, it is clear they have no authority to select or terminate attorneys for the Companies, nor to determine when and which litigation the Companies should join.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 10th day of June 2026.

**IT IS HEREBY CERTIFIED** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

> **PIETRANTONI MÉNDEZ & ÁLVAREZ LLC**
> Popular Center, 19th Floor
> 208 Ponce de León Ave.
> San Juan, Puerto Rico, 00918
> Tel: (787) 274-1212
> Fax: (787) 274-1470
>
> s/ MARÍA DOLORES TRELLES HERNÁNDEZ
> María Dolores Trelles Hernández
> USDC-PR Bar No. 225106
> mtrelles@pmalaw.com
>
> s/ MARÍA ELENA MARTÍNEZ CASADO
> María Elena Martínez Casado
> USDC-PR Bar No. 305309
> mmartinez@pmalaw.com
>
> MARIELENA MELERO PARDO
> USDC-PR Bar No. 310113
> mmelero@pmalaw.com