**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **GREGORY BOYD and JONATHAN LASSERS, et al.,** | **CIVIL NO.: 26-01066 MAJ** |
| **Plaintiffs** | |
| **v.** | |
| **BANCO POPULAR DE PUERTO RICO., et al.** | |
| **Defendant** | |

### MOTION TO DEEM UNOPPOSED *MOTION FOR RULE 11 SANCTIONS*

**TO THE HONORABLE COURT:**

**COME NOW** VRM Penzini Capital L.L.C., VRM Penzini Fund I L.L.C., VRM Penzini Fund I, LLC, Renewable Series II, and Star Power Systems, LLC (collectively, the "Defendants"), through the undersigned counsel, and without submitting to the Court's jurisdiction or waiving any arguments or defenses, respectfully state and pray as follows:

1.      On May 21, 2026, the Defendants filed a *Motion for Rule 11 Sanctions and Memorandum in Support Thereof* (the "Motion for Rule 11 Sanctions"), wherein they requested the Court to impose sanctions on Plaintiffs, as well as reasonable attorney's fees, pursuant to Rule 11 of the Federal Rules of Civil Procedure. (Dkt. 68.)

2.      As of today, the Plaintiffs have not opposed the remedies requested by Defendants in the Motion for Rule 11 Sanctions and the time allowed under the local rules to file an objection has lapsed. Therefore, the Plaintiffs have waived any objection to the remedies requested therein.

3.      Local Rule 7(b) of the U.S District Court for the District of Puerto Rico provides in pertinent part that "[u]nless within fourteen (14) days after the service of a motion the opposing

party files a written opposition to the motion, the opposing party shall be deemed to have waived any objection to the motion." *See*, *Hawke Capital Partners, L.P. v. Aeromed Servs. Corp.*, 2014 U.S. Dist. LEXIS 71272 (D.P.R. May 23, 2014) (citing *Rivera–Quiñones v. U.S. Sec. Associates*, 2013 U.S. Dist. LEXIS 149732 (D.P.R. Oct. 16, 2013) (collecting cases construing Local Rule 7(b))).

**WHEREFORE**, the Defendants respectfully request that this Honorable Court take notice of the foregoing and deem the Motion for Rule 11 Sanctions at Docket No. 68 as unopposed.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE**: I certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notice of such filing to all attorneys of record.

In Guaynabo, Puerto Rico, this 12th day of June 2026.

**DELGADO & FERNÁNDEZ, LLC**
T Mobile Center at San Patricio
B7 Tabonuco Street, Suite 1000
Guaynabo, PR 00968
Tel. (787) 274-1414
Fax: (787) 764-8241

*/s/ Alfredo Fernández-Martínez*
**ALFREDO FERNÁNDEZ-MARTÍNEZ**
USDC-PR No. 210511
afernandez@delgadofernandez.com

*/s/ Pedro A. Hernández Freire*
**PEDRO A. HERNANDEZ FREIRE**
USDC-PR No. 231702
phernandez@delgadofernandez.com

*/s/ Daniel Limés-Rodríguez*
**DANIEL LIMES RODRIGUEZ**
USDC-PR No. 307505
dlimes@delgadofernandez.com

2