**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **GREGORY BOYD and JONATHAN LASSERS, et al.,** | **CIVIL NO.: 26-01066 MAJ** |
| **Plaintiffs** | |
| **v.** | |
| **BANCO POPULAR DE PUERTO RICO., et al.** | |
| **Defendant** | |

## MOTION TO STRIKE PLAINTIFFS' UNTIMELY OPPOSITION TO MOTION FOR RULE 11 SANCTIONS

**TO THE HONORABLE COURT:**

**COME NOW** VRM Penzini Capital L.L.C., VRM Penzini Fund I L.L.C., VRM Penzini Fund I, LLC, Renewable Series II, and Star Power Systems, LLC (collectively, the "Defendants"), through the undersigned counsel, and without submitting to the Court's jurisdiction or waiving any arguments or defenses, respectfully state and pray as follows:

1. On May 21, 2026, the Defendants filed their *Motion for Rule 11 Sanctions and Memorandum in Support Thereof* (the "Motion for Sanctions"). (Dkt. 68.)

2. Under Local Rule 7(b), "[u]nless within fourteen (14) days after the service of a motion the opposing party files a written opposition to the motion, the opposing party shall be deemed to have waived any objection to the motion." L.Civ.R. 7(b).

3. Accordingly, any opposition to the Motion for Sanctions was due no later than fourteen (14) days after service, a deadline that expired weeks ago. Plaintiffs filed no opposition within that period, nor did they request any extension of time in which to do so.

4.      Because the time to oppose had lapsed without any filing by Plaintiffs, the Defendants moved, on June 12, 2026, for the Court to deem the Motion for Sanctions as unopposed. (Dkt. 99.) As of that date, Plaintiffs had waived any objection to the relief requested in the Motion for Sanctions.

5.      Notwithstanding the foregoing, on June 15, 2026, twenty-five (25) days after the Motion for Sanctions was filed and served, and well beyond the fourteen-day period prescribed by Local Rule 7(b), Plaintiffs filed a seventeen-page Opposition to Motion for Rule 11 Sanctions (the "Opposition"). (Dkt. 100.)

6.      Plaintiffs filed their untimely Opposition without first requesting leave of the Court and without offering any explanation, much less a showing of excusable neglect, for their failure to oppose within the time allowed by the Local Rules. See Fed. R. Civ. P. 6(b)(1)(B) (a court may extend the time to act after the deadline has expired "if the party failed to act because of excusable neglect").

7.      Permitting Plaintiffs' untimely Opposition to stand would reward their disregard of the Local Rules, render the fourteen-day deadline a nullity, and prejudice the Defendants, who timely invoked the waiver and moved to have the Motion for Sanctions deemed unopposed. The orderly administration of the Court's docket depends on adherence to the deadlines the Local Rules prescribe.

8.      For these reasons, Plaintiffs' Opposition should be stricken as untimely, the objection to the Motion for Sanctions should be deemed waived, and the Motion for Sanctions should be deemed unopposed and adjudicated on its merits.

**WHEREFORE**, the Defendants respectfully request that this Honorable Court grant this Motion, strike Plaintiffs' untimely Opposition at Docket No. 100, deem Plaintiffs to have waived

any objection to the Motion for Sanctions, and deem as unopposed the Motion for Sanctions at Docket No. 68.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE**: I certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notice of such filing to all attorneys of record.

In Guaynabo, Puerto Rico, this 16th day of June 2026.

**DELGADO & FERNÁNDEZ, LLC**
T Mobile Center at San Patricio
B7 Tabonuco Street, Suite 1000
Guaynabo, PR 00968
Tel. (787) 274-1414
Fax: (787) 764-8241

*/s/ Alfredo Fernández-Martínez*
**ALFREDO FERNÁNDEZ-MARTÍNEZ**
USDC-PR No. 210511
afernandez@delgadofernandez.com

*/s/ Pedro A. Hernández Freire*
**PEDRO A. HERNANDEZ FREIRE**
USDC-PR No. 231702
phernandez@delgadofernandez.com

*/s/ Daniel Limés-Rodríguez*
**DANIEL LIMES RODRIGUEZ**
USDC-PR No. 307505
dlimes@delgadofernandez.com