# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**GREGORY BOYD and JONATHAN LASSERS, et al.,**

      **Plaintiffs,**

      v.

**BANCO POPULAR DE PUERTO RICO., et al.**

      **Defendants.**

Civil Action No.: 3:26-cv-01066-MAJ

---

## MOTION FOR LEAVE TO FILE A REPLY AND EXTENSION OF TIME TO DO SO

---

**TO THE HONORABLE COURT:**

    **COME NOW**, codefendants, , VRM Penzini Capital L.L.C., VRM Penzini Fund I L.L.C., VRM Penzini Fund I, LLC, Renewable Series II, and Star Power Systems, LLC (collectively, the "Defendants") by and through their undersigned counsel and respectfully move for leave to file a Reply to Plaintiff's Opposition at docket number 100.

    1.    On May 21, 2026, Defendants filed a "Motion for Rule 11 Sanctions and Memorandum in Support Thereof" (the "Motion for Sanctions"). Dkt. No. 68.

    2.    After twenty-two (22) days without an opposition to the Motion for Sanctions, Defendants filed a "Motion to Deem Unopposed Motion for Rule 11 Sanctions". Dkt. No. 99.

    3.    Three days later, on June 15, 2026, Plaintiffs filed their belated "Opposition to VRM Penzini Defendants' Motion for Rule 11 Sanctions (ECF No. 68)" (the "Opposition"). Dkt. No. 100. In addition to failing to comply with the procedural deadline to file an opposition, thus waiving any objections to Defendants' Motion for Sanctions, the Opposition Plaintiffs eventually filed fails for several different reasons, such as mischaracterizing Defendants' position, ignoring

applicable case law, and raising unfounded arguments. As such, Defendants intend to file a Reply to Plaintiff's Opposition at docket number 100.

4.      Local Rule 7(c) allows a moving party to file a Reply "[w]ith prior leave of court and within seven (7) days of the service of any objection to a motion". L. Civ. R. 7(c).

5.      Accordingly, Defendants respectfully request leave to file a Reply and brief extension of time of seven (7) days to file said Reply.

**WHEREFORE**, Defendants respectfully request that this Honorable Court grant them leave to file a Reply and an extension of time of seven (7) days to do so.

Dated: June 22, 2026.

**RESPECTFULLY SUBMITTED.**

**DELGADO & FERNÁNDEZ, LLC**
T Mobile Center at San Patricio
B7 Tabonuco St., Suite 1000
Guaynabo, PR 00968
Tel. (787) 274-1414
Fax: (787) 764-8241

/s/*Alfredo Fernández-Martínez*
**Alfredo Fernández-Martínez**
USDC-PR #210511
afernandez@delgadofernandez.com

s/ *Pedro A. Hernández Freire*
**Pedro A. Hernández Freire**
USDC-PR No. 231702
phernandez@delgadofernandez.com

/s/ *Daniel Limés-Rodríguez*
**Daniel Limés-Rodríguez**
USDC-PR #307505
dlimes@delgadofernandez.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date stated above, a copy of the foregoing was filed with the Clerk of the Court via the Court's CM/ECF System which will send notice of filing to all counsel of record.

**DELGADO & FERNÁNDEZ, LLC**
T Mobile Center at San Patricio
B7 Tabonuco St., Suite 1000
Guaynabo, PR 00968
Tel. (787) 274-1414
Fax: (787) 764-8241

/s/*Alfredo Fernández-Martínez*
**Alfredo Fernández-Martínez**
USDC-PR #210511
afernandez@delgadofernandez.com

s/ *Pedro A. Hernández Freire*
**Pedro A. Hernández Freire**
USDC-PR No. 231702
phernandez@delgadofernandez.com

/s/ *Daniel Limés-Rodríguez*
**Daniel Limés-Rodríguez**
USDC-PR #307505
dlimes@delgadofernandez.com

3