IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GREGORY S. BOYD and JONATHAN LASSERS,    CIVIL NO. 3:26-cv-01066(MAJ-MBA)
On their own behalf and in representation of GFC
Holdings, LLC and Biomass Green Fuels, LLC, and
EFB, LLC
    Plaintiffs,

   v.

BANCO POPULAR DE PUERTO RICO, et al.,
    Defendants.

---

**MOTION FOR AN EXTENSION OF TIME TO SEEK LEAVE TO FILE A SURREPLY TO THE HUMACAO RNG DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO THEIR MOTION FOR SANCTIONS**

**TO THE HONORABLE COURT**:

**COME NOW** Plaintiffs Gregory S. Boyd and Jonathan Lassers, on their own behalf and derivatively on behalf of GFC Holdings, LLC and Biomass Green Fuels, LLC (the "Companies") and EFB, LLC, through undersigned counsel, and respectfully state and pray:

1. The group of Humacao RNG Defendants have filed a Reply that misstates the record and the law.

2. Plaintiffs respectfully seek a seven day extension of time to file a proposed Surreply to set the record straight.

    **WHEREFORE**, Plaintiffs respectfully request that the Court grant them seven days to seek leave to file a surreply to the Humacao Defendants' Reply to their Opposition to those Defendants' Motion for Rule 11 Sanctions.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 2nd day of July 2026.

1

Counsel for Plaintiffs Gregory S. Boyd and Jonathan Lassers

/s/ Jane A. Becker Whitaker
JANE A. BECKER WHITAKER
Law Offices of Jane Becker Whitaker
 USDC-PR No. 205110
VIG Tower, 1225 Ave. Ponce de León, Suite 1102, San Juan, PR 00907
Tel. (787) 585-3824  ·  jbw@beckervissepo.com


/s/ Luis E. Miñana
LUIS E. MIÑANA
Espada, Miñana & Pedrosa Law Offices, P.S.C.
 USDC-PR No. 225608
122 Calle Ing. Manuel Domenech, Altos, Urb. Baldrich, San Juan, PR 00918
Tel. (787) 758-1999  ·  minanalaw@yahoo.com

**CERTIFICATE OF SERVICE**


I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system, which will send notice to all counsel of record.

/s/ Jane A. Becker Whitaker
JANE A. BECKER WHITAKER

2