# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| GREGORY BOYD, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>BANCO POPULAR DE PUERTO RICO, ET AL.,<br><br>Defendants. | CIVIL NO. 26-1066 (MAJ) |

**REQUEST FOR ORDER REGARDING REFERRAL OF MATTERS AND INFORMATIVE MOTION REGARDING PENDING MOTIONS**

TO THE HONORABLE COURT:

COME NOW co-defendants Semillero Partners, LLC and Alexander Borschow (together, the "Semillero Defendants"); VRM Penzini Capital L.L.C., VRM Penzini Fund I L.L.C., VRM Penzini Fund I, LLC, Renewable Series II, and Star Power Systems, LLC (together, the "VRM Defendants"); Banco Popular de Puerto Rico ("BPPR") and Mr. Javier Ferrer (together, the "BPPR Defendants"); and nominal defendants GFC Holdings Limited Liability Company and Biomass Green Fuels, LLC (together, the "Companies") (collectively, the "Appearing Defendants"), through their respective undersigned counsel, and, without submitting to the Court's jurisdiction or waiving any argument or defense, respectfully request, pursuant to Federal Rule of Civil Procedure 72, Local Civil Rule 72(a)-(b), and the Court's inherent authority to manage its docket, that the Court refer the pending motions and matters in this case to the Magistrate Judge for disposition or report and recommendation, as appropriate. In support, the Appearing Defendants state as follows:

1. On June 18, 2026, the Court referred this case to United States Magistrate Judge Mariana E. Bauzá-Almonte for pretrial management, including a pretrial conference. *See* D.E. 104.

1

2.      On June 30, 2026, Magistrate Judge Bauzá-Almonte set a status conference in this case for August 25, 2026 at 1:30 p.m. *See* D.E. 107.

3.      There are several motions pending before the Court, some dispositive and others non-dispositive. The motions presently pending, grouped by subject matter, are the following:

a)  **Briefing on Order to Show Cause (D.E. 45):** Plaintiffs' Response to the Order to Show Cause (D.E. 50); the Responses in Opposition filed by the BPPR Defendants (D.E. 62) and by the Semillero Defendants (D.E. 64); Plaintiffs' Replies (D.E. 86 and 97); as well as the related Motion to Strike Plaintiffs' Reply and, in the alternative, for Leave to File a Surreply filed by the BPPR Defendants (D.E. 95), and Motion for Reconsideration, to Strike, and, in the alternative, for Leave to File a Surreply filed by the Semillero Defendants (D.E. 98); and Plaintiffs' omnibus Opposition to those motions to strike (D.E. 111). The briefing on the show cause order is dispositive of the entire case.

b)  **Dismissal under Fed. R. Civ. P. 4(m):** the Motion to Dismiss filed by PCC SUB-CDE 13, LLC (D.E. 87) and Plaintiff's Opposition (D.E. 114) ; and the Motion to Dismiss for Lack of Jurisdiction filed by the Companies, which also seeks to stay any ruling on Plaintiffs' Motions to Disqualify and for Limited Discovery at D.E. 74 and 75, as mentioned below (D.E. 88); and Plaintiffs' omnibus Opposition to the Companies' motion (D.E. 111). The briefing on these motions is dispositive at least of the claims against defendants PCC SUB-CDE 13, LLC and the Companies.

c)  **Answer and Representation of the nominal defendants:** the "Motion to Withdraw as Counsel and Requesting Withdrawal of Answer to Complaint" filed by Mr. Pedrosa, Esq. (RIP) on behalf of the Companies, also referred to as nominal defendants (D.E. 34); Plaintiffs' Motion Requesting Order to Represent Nominal Defendants (D.E. 41) and Plaintiffs' related Motion to Hold Resolution in Abeyance (D.E. 42); the Special-Appearance Response in Opposition and Motion for Sanctions filed by the Companies (D.E. 49); Plaintiffs' Opposition to D.E. 49 (D.E. 73); and the related Reply (D.E. 91).

d)  **Disqualification of counsel and limited discovery:** Plaintiffs' Motion to Disqualify Counsel Roberto Abesada, Esq. (D.E. 74) and Plaintiffs' Motion Requesting Order for Limited Discovery (D.E. 75), which per Plaintiffs' motion at D.E. 76, should be addressed jointly with their counsel's request to act as counsel for the Companies (D.E. 76., asserting that Plaintiffs' motions at D.E. 74 and 75 be reviewed jointly with D.E. 73, their Opposition to D.E. 49); together with the responses thereto seeking to stay or hold in abeyance any ruling on those motions, filed by the Companies (D.E. 88) and joined by the Semillero Defendants (D.E. 92) and the BPPR Defendants (D.E. 93); and Plaintiffs' omnibus Opposition to those responses (D.E. 111).

e)  **Requests to hold responsive-pleading deadlines in abeyance pending resolution of the dispositive Show Cause Order:** the motions requesting that the Court hold in abeyance the deadline to answer or otherwise plead pending a ruling on the threshold issues raised by the Show Cause briefing (see item 3(a), above), filed by the Semillero Defendants (D.E. 92), the BPPR Defendants (D.E. 93 and 94), and the VRM Defendants (D.E. 96); and Plaintiffs' omnibus Opposition to those motions (D.E. 111).

f) **Rule 11 sanctions (VRM Defendants):** the Motion for Sanctions filed by the VRM Defendants (D.E. 68); Plaintiffs' Opposition (D.E. 100); the movants' Reply (D.E. 106); and the related Motion to Deem the Motion Unopposed (D.E. 99) and Motion to Strike Plaintiffs' Opposition (D.E. 101); and Plaintiffs' Opposition to the Motion to Deem Unopposed and Motion to Strike, which also seeks leave to file a sur-reply to the Reply (D.E. 113).

g) **Rule 11 sanctions (BPPR Defendants):** the Motion for Sanctions filed by the BPPR Defendants (D.E. 108).

4. Although some motions are dispositive and others are not, certain dispositive and non-dispositive requests are closely related. For example, the key and dispositive issues raised by the Show Cause Order impact all of the briefing. If, in response to the Show Cause Order, this Court finds that the case should be dismissed in light of the Opinions and Orders and Judgments issued in Civil No. 22-1190 and Civil No. 24-1563, then most, if not all of the "non-dispositive" motions become moot, as do the Rule 4(m) motions (referenced in ¶3b). Assuming dismissal based on the Show Cause briefing, the only thing that would remain pending are the requests for sanctions under Fed. R. Civ. P. 11 (other than dismissal).

5. Similarly, there are non-dispositive motions that affect the Show Cause briefing. By way of example, and as outlined in ¶3(a), there are requests to strike untimely replies. If these requests are granted and the replies are stricken or disregarded, then the show cause briefing may be deemed concluded and ready for adjudication. Alternatively, if the Court allows the replies to stand and grants the defendants permission to sur-reply, as requested, some short additional briefing will be in order prior to the Show Cause matters being fully submitted for adjudication.[1]

6. This case has already been referred to Magistrate Judge Bauzá-Almonte for pretrial management (D.E. 104). Appearing Defendants understand "pretrial management" to encompass pretrial matters generally as per 28 U.S.C. §636(b)(1)(A) and Fed. R. Civ. P. 72(a) but are uncertain as to whether

---

[1] Other matters may also be pending additional briefing. Appearing Defendants note, in particular, that between July 2nd and July 3rd Plaintiffs filed several motions and memoranda (see D.E. 111 through 114), which they are in the process of reviewing and addressing in due course, as necessary.

3

the referral also includes dispositive motions under section 636(b)(1)(B) and Fed. R. Civ. P. 72(b).[2] Because, as noted above, there is a close relation between the pending dispositive and non-dispositive motions in this case, Appearing Defendants respectfully submit that both types of motions should be resolved by the Magistrate Judge to whom pretrial matters generally were already referred. Such referral would conserve judicial resources and promote the orderly disposition of this litigation, consistent with Fed. R. Civ. P. 72 and Local Civil Rule 72(a)-(b).

WHEREFORE, the Appearing Defendants respectfully request that the Court refer both dispositive and non-dispositive motions and matters, including all motions identified in ¶3 of this motion and related briefing, for disposition or report and recommendation, as appropriate, to Magistrate Judge Mariana Bauzá-Almonte.

RESPECTFULLY SUBMITTED.

In Guaynabo, Puerto Rico, this 6th day of July, 2026.

CERTIFICATION: The undersigned counsel hereby certify that the instant document has been filed with the Court's CM/ ECF System, which will simultaneously serve notice on all counsel of record to their registered email addresses.

**CASELLAS ALCOVER & BURGOS PSC**
PO Box 364924
San Juan, PR 00936-4924
Tel. (787) 756-1400
Fax. (787) 756-1401
hburgos@ cabprlaw.com
cloubriel@cabprlaw.com
dperez@cabprlaw.com

/s/ Heriberto J. Burgos Pérez
USDC-PR Bar No. 20721

/s/ Carla S. Loubriel Carrión
USDC-PR Bar No. 227509

---

[2] Both Section 636(b) and Fed. R. Civ. P. 72 use the more expansive term "matters" to refer to non-dispositive issues, including, without limitation, non-dispositive motions, while referring to "dispositive motions" solely as such.

/s/ Diana Pérez Seda
USDC-PR Bar No. 232014

*Counsel for Semillero Partners, LLC & Alexander Borschow*

**DELGADO & FERNÁNDEZ, LLC**
T Mobile Center at San Patricio
B7 Tabonuco Street, Suite 1000
Guaynabo, PR 00968
Tel. (787) 274-1414
Fax: (787) 764-8241

*/s/ Alfredo Fernández-Martínez*
**ALFREDO FERNÁNDEZ-MARTÍNEZ**
USDC-PR No. 210511
afernandez@delgadofernandez.com

*/s/ Pedro A. Hernández Freire*
**PEDRO A. HERNANDEZ FREIRE**
USDC-PR No. 231702
phernandez@delgadofernandez.com

*/s/ Daniel Limés-Rodríguez*
**DANIEL LIMES RODRIGUEZ**
USDC-PR No. 307505
dlimes@delgadofernandez.com

*Counsel for VRM Penzini Capital L.L.C., VRM Penzini Fund I L.L.C., VRM Penzini Fund I, LLC, Renewable Series II, and Star Power Systems, LLC*

**ABESADA LAW OFFICES**
1357 Ashford Ave. 2-184
San Juan, Puerto Rico 00907
Tel. (787) 948-5131

*/s/ Roberto Abesada-Agüet*
USDC-PR No. 216706
ra@abesada.com

*Counsel for GFC Holdings Limited Liability Company and Biomass Green Fuels, LLC*

**PIETRANTONI MÉNDEZ & ÁLVAREZ LLC**
Popular Center, 19th Floor

5

208 Ponce de León Ave.
San Juan, Puerto Rico, 00918
Tel: (787) 274-1212
Fax: (787) 274-1470

s/ MARÍA DOLORES TRELLES HERNÁNDEZ
María Dolores Trelles Hernández
USDC-PR Bar No. 225106
mtrelles@pmalaw.com

s/ MARÍA ELENA MARTÍNEZ CASADO
María Elena Martínez Casado
USDC-PR Bar No. 305309
mmartinez@pmalaw.com

*Counsel for Banco Popular de Puerto Rico and
Mr. Javier Ferrer*

6