**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| Gregory Boyd, et. al. | Civil No.: 26-cv-1066 (MAJ)(MBA) |
| Plaintiffs | |
| v. | |
| Banco Popular de Puerto Rico, et. al. | |
| Defendants | |

## MOTION FOR LEAVE TO ALLOW COUNSEL TO APPEAR REMOTELY TO STATUS CONFERENCE HEARING

**TO THE HON. MARIANA BAUZÁ-ALMONTE, U.S. MAGISTRATE JUDGE:**

Nominal defendants GFC Holdings Limited Liability Company ("GFC") and Biomass Green Fuels, LLC ("BGF") (collectively, the "Companies"), appearing specially and without submitting to the Court's jurisdiction, respectfully state and prays as follows:

On June 30, 2026, the Court scheduled an in-person status conference for August 25, 2026 at 1:30 p.m. (ECF No. 107).

Counsel for the Companies will be out of Puerto Rico on August 25, 2026 and therefore cannot appear in person. To avoid unnecessary delay and a request for continuance, counsel is available to appear by video teleconference (VTC) or other remote means approved by the Court.

Allowing remote appearance will not prejudice any party and will promote judicial efficiency.

WHEREFORE, the Companies respectfully request that the Court grant this motion to appear remotely at the status conference scheduled for August 25, 2026 at 1:30 p.m.

### CERTIFICATE OF SERVICE

I hereby certify that on this same date, a true and exact copy of this motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send a notification thereof to the attorneys and parties registered therewith.

**RESPECTFULLY SUBMITTED.**

Electronically filed on this 22nd day of July 2026.

**ABESADA LAW OFFICES**
Counsel for GFC Holdings, LLC and
Biomass Green Fuels LLC
1357 Ashford Ave. 2-184
San Juan, Puerto Rico 00907
Tel. (787) 948-5131

*s/ Roberto Abesada-Agüet*
USDC-PR No. 216706
ra@abesada.com

2