**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **GREGORY BOYD et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**BANCO POPULAR DE PUERTO RICO et al.,**<br><br>Defendants. | CIVIL NO. 26-1066-MAJ-MBA |

**NOTICE OF INTENT TO RESPOND TO PLAINTIFFS' NOTICE OF AMENDMENT (DOCKET NO. 131)**

**TO THE HONORABLE COURT:**

**COME NOW** Banco Popular de Puerto Rico and Mr. Javier Ferrer (together, the "Appearing Defendants"), through the undersigned counsel, and without submitting to the Court's jurisdiction or waiving any argument or defense, respectfully state and pray as follows:

1. On October 12, 2026, Plaintiffs filed a notice of amendment or, in the alternative, for leave to file an amended and "supplemental" complaint and for issuance of summonses, along with a proposed 228-page Proposed Verified First Amended and Supplemental Complaint and a 107-page "Schedule A" to that complaint. See Docket No. 131, 131-1, 131-2.

2. The Court should hold the filing at Docket No. 131 in abeyance in light of the threshold issue discussed during the August 25, 2026 status conference rulings made therein (see Docket No. 128), especially in light of Plaintiff's statement in their filing at Docket No. 131 that the show cause order and briefing remain "unaffected by the amendment." See Docket No. 131 at 8 ¶ 15.

3. In any event, the Appearing Defendants hereby inform the Court of their intent to file a response to Plaintiffs' filing at Docket No. 131. Pursuant to Docket No. 128 and this notice, they also request that any deadline to answer or otherwise plead continue to be held in abeyance.

**WHEREFORE**, the Appearing Defendants respectfully request that the Court take notice of the foregoing and of their intent to respond to Docket No. 131.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 13th day of October 2026.

**IT IS HEREBY CERTIFIED** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**PIETRANTONI MÉNDEZ & ÁLVAREZ LLC**
Popular Center, 19th Floor
208 Ponce de León Ave.
San Juan, Puerto Rico, 00918
Tel: (787) 274-1212
Fax: (787) 274-1470

s/ MARÍA DOLORES TRELLES HERNÁNDEZ
María Dolores Trelles Hernández
USDC-PR Bar No. 225106
mtrelles@pmalaw.com

s/ MARÍA ELENA MARTÍNEZ CASADO
María Elena Martínez Casado
USDC-PR Bar No. 305309
mmartinez@pmalaw.com