**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

GREGORY BOYD and JONATHAN LASSERS, individually and derivatively on behalf of GFC HOLDINGS, LLC and BIOMASS GREEN FUELS, LLC; and EFB, LLC,

Plaintiffs,

v.

BANCO POPULAR DE PUERTO RICO, et al.,

Defendants.

**Civil Num. 26-01066(MAJ-MBA)**

**MOTION SUBMITTING STATEMENTS UNDER PENALTY OF PERJURY OF GREGORY BOYD AND JONATHAN LASSERS IN SUPPORT OF THE VERIFIED FIRST AMENDED COMPLAINT**

**TO THE HONORABLE COURT:**

**COME NOW** Plaintiffs Gregory Boyd and Jonathan Lassers — individually and derivatively on behalf of nominal defendants GFC Holdings, LLC and Biomass Green Fuels, LLC (the "Companies") and Gregory Boyd on his own behalf as to the new Count 10[1] and very respectfully state and pray:

1. The Verified First Amended Complaint, which Plaintiffs noticed on October 12, 2026 omitted Plaintiffs' statements verifying the facts in that pleading.

[1] EFB, is not a Plaintiff in the Amended Complaint.

2. Plaintiffs submit those statements with this motion.

**WHEREFORE**, Plaintiffs respectfully request that the Court take note of the above.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 17th day of October 2026.

s/ Jane A. Becker Whitaker
JANE A. BECKER WHITAKER
USDC-PR No. 205110
P.O. Box 9023914
San Juan, PR 00902-3914
Tel.: (787) 585-3824
janebeckerwhitaker@gmail.com

s/ Luis E. Miñana
LUIS E. MIÑANA
USDC-PR No. 225608
Espada, Miñana & Pedrosa Law Offices, PSC
123 Calle Manuel Domenech, Altos,
Urb. Baldrich, San Juan, PR 00918
Tel.: (787) 758-1999
minanalaw@yahoo.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Jane A. Becker Whitaker